MICHAEL HOFFMAN, Bar No. 162496
ALEX W. CRAIGIE, Bar No. 167766
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA  94104-4828
Telephone:   415.433.1414
Facsimile:   415.520.0446
Email:   mhoffman@arenahoffman.com
          acraigie@arenahoffman.com

Attorneys for Defendant
AUTOZONE, INC., sued herein as
AUTOZONE #5439, and WAHOOVER
LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARMEN JOHN PERRI, an individual<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE #5439, a business of unknown form; WAHOOVER LLC a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02405-GW-AFM<br><br>**ANSWER OF AUTOZONE, INC. TO COMPLAINT** |

Defendant, AUTOZONE, INC., erroneously sued and served as "AUTOZONE #5349" ("AutoZone") answers the Complaint filed by Plaintiff CARMEN JOHN PERRI ("Plaintiff") as follows:

## PARTIES

1.      Answering paragraph 1 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations of paragraph 1 and, on this basis, denies the allegations of paragraph 1 of the Complaint.

2.      Answering paragraph 2 of the Complaint, Defendant lacks sufficient

information to admit or deny the allegations of paragraph 2 and, on this basis, denies the allegations of paragraph 2 of the Complaint.

3. Answering paragraph 3 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations of paragraph 3 and, on this basis, denies the allegations of paragraph 3 of the Complaint.

4. Answering paragraph 4 of the Complaint, Defendant admits, on information and belief, the allegations of paragraph 4 of the Complaint.

5. Answering paragraph 5 of the Complaint, Defendant admits, on information and belief, the allegations of paragraph 5 of the Complaint.

6. Answering paragraph 6 of the Complaint, Defendant admits it operated a business, AutoZone store # 5439, at 1325 W. Washington, Los Angeles, California on March 5, 2018. Defendant denies the remaining allegations of paragraph 6 of the Complaint.

7. Answering paragraph 7 of the Complaint, Defendant admits it currently operates a business at 1325 W. Washington, Los Angeles, California. Defendant denies the remaining allegations of paragraph 7 of the Complaint.

8. Answering paragraph 8 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations of paragraph 8 and, on this basis, denies the allegations of paragraph 8 of the Complaint.

**JURISDICTION & VENUE**

9. Answering paragraph 9 of the Complaint, Defendant denies any violation of the Americans with Disabilities Act of 1990. Defendant denies all remaining allegations of paragraph 9 of the Complaint.

10. Answering paragraph 10 of the Complaint, Defendant denies any violation of any non-federal claims. Defendant denies all remaining allegations of paragraph 10 of the Complaint.

11. Answering paragraph 11 of the Complaint, Defendant admits the real property that is the subject of this action is located in this district. Defendant lacks

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

ANSWER OF AUTOZONE, INC.                                    2.                        Case No. 2:18-cv-02405-GW-AFM

sufficient information to admit or deny the remaining allegations of paragraph 11 and, on this basis, denies the remaining allegations of paragraph 11 of the Complaint.

## FACTUAL ALLEGATIONS

12.     Answering paragraph 12 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations of paragraph 12 and, on this basis, denies the allegations of paragraph 12 of the Complaint.

13.     Answering paragraph 13 of the Complaint, Defendant admits the AutoZone store is a business establishment open to the public. Defendant denies all remaining allegations of paragraph 13 of the Complaint.

14.     Answering paragraph 14 of the Complaint, Defendant admits it provides parking spaces for customers. Defendant denies all remaining allegations of paragraph 14 of the Complaint.

15.     Answering paragraph 15 of the Complaint, Defendant denies the allegations of paragraph 15 of the Complaint.

16.     Answering paragraph 16 of the Complaint, Defendant denies the allegations of paragraph 16 of the Complaint.

17.     Answering paragraph 17 of the Complaint, Defendant denies the allegations of paragraph 17 of the Complaint.

18.     Answering paragraph 18 of the Complaint, Defendant denies the allegations of paragraph 18 of the Complaint.

19.     Answering paragraph 19 of the Complaint, Defendant denies the allegations of paragraph 19 of the Complaint.

20.     Answering paragraph 20 of the Complaint, Defendant denies the allegations of paragraph 20 of the Complaint.

21.     Answering paragraph 21 of the Complaint, Defendant denies the allegations of paragraph 21 of the Complaint.

22.     Answering paragraph 22 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations of paragraph 22 and, on this basis, denies

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

ANSWER OF AUTOZONE, INC.                    3.                    Case No. 2:18-cv-02405-GW-AFM

the allegations of paragraph 22 of the Complaint.

23.     Answering paragraph 23 of the Complaint, Defendant denies it is evading its responsibilities under federal and state law. Defendant lacks sufficient information to admit or deny the other allegations of paragraph 23 and, on this basis, denies the other allegations of paragraph 23 of the Complaint.

24.     Answering paragraph 24 of the Complaint, Defendant denies the allegations of paragraph 24 of the Complaint.

25.     Answering paragraph 25 of the Complaint, Defendant denies the allegations of paragraph 25 of the Complaint.

26.     Answering paragraph 26 of the Complaint, Defendant denies it is evading its responsibilities under federal and state law. Defendant lacks sufficient information to admit or deny the other allegations of paragraph 26 and, on this basis, denies the other allegations of paragraph 26 of the Complaint.

27.     Answering paragraph 27 of the Complaint, Defendant denies the allegations of paragraph 27 of the Complaint.

28.     Answering paragraph 28 of the Complaint, Defendant denies the allegations of paragraph 28 of the Complaint.

29.     Answering paragraph 29 of the Complaint, Defendant denies the allegations of paragraph 29 of the Complaint.

## FIRST CAUSE OF ACTION
## VIOLATION OF THE AMERICANS WITH DISABILITIES ACT OF 1990, 42 U.S.C. §12181, *et seq.*

30.     Answering paragraph 30 of the Complaint, Defendant incorporates its responses to paragraphs 1-29 of the Complaint.

31.     Answering paragraph 31 of the Complaint, this paragraph simply asserts legal conclusions and does not require admission or denial. However, to the extent an admission or denial is required, Defendant denies the allegations of paragraph 31 of the Complaint.

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

ANSWER OF AUTOZONE, INC.                4.                Case No. 2:18-cv-02405-GW-AFM

1    32.    Answering paragraph 32 of the Complaint, Defendant denies the
2    allegations of paragraph 32 of the Complaint.

3    33.    Answering paragraph 33 of the Complaint, this paragraph simply asserts
4    legal conclusions and does not require admission or denial. However, to the extent an
5    admission or denial is required, Defendant denies the allegations of paragraph 33 of
6    the Complaint.

7    34.    Answering paragraph 34 of the Complaint, Defendant denies the
8    allegations of paragraph 34 of the Complaint.

9    35.    Answering paragraph 35 of the Complaint, Defendant denies the
10   allegations of paragraph 35 of the Complaint.

## SECOND CAUSE OF ACTION
## VIOLATION OF THE UNRUH CIVIL RIGHTS ACT,
## CALIFORNIA CIVIL CODE §51 *et seq.*

36.    Answering paragraph 36 of the Complaint, Defendant incorporates its
responses to paragraphs 1-35 of the Complaint.

37.    Answering paragraph 37 of the Complaint, Defendant denies the
allegations of paragraph 37 of the Complaint.

38.    Answering paragraph 38 of the Complaint, Defendant denies the
allegations of paragraph 38 of the Complaint.

39.    Answering paragraph 39 of the Complaint, Defendant denies the
allegations of paragraph 39 of the Complaint.

## PRAYER

40.    Answering the Prayer of the Complaint, Defendant denies Plaintiff is
entitled to injunctive relief, damages, deterrence damages, restitution, penalties,
attorney's fees, prejudgment interest or litigation costs.

## AFFIRMATIVE AND OTHER DEFENSES

41.    For its affirmative and other defenses, Defendant separately alleges that
each of the following defenses is likely to have evidentiary support after a reasonable
opportunity for further investigation or discovery:

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

ANSWER OF AUTOZONE, INC.                      5.                      Case No. 2:18-cv-02405-GW-AFM

1

**FIRST AFFIRMATIVE OR OTHER DEFENSE**

2        42.    Plaintiff's Complaint and each and every purported cause of action

3  alleged therein fail to state facts sufficient to constitute a cause of action against

4  Defendant.

5

**SECOND AFFIRMATIVE OR OTHER DEFENSE**

6        43.    Plaintiff has failed to exercise reasonable diligence to mitigate his

7  harm/damages (if any were in fact suffered, which is expressly denied) and, therefore,

8  he is barred from recovering any damages or any damages awarded should be reduced

9  accordingly.

10

**THIRD AFFIRMATIVE OR OTHER DEFENSE**

11        44.    If Plaintiff suffered any harm/damages (which is expressly denied), said

12  harm/damages was proximately caused by the acts of third parties that are not

13  affiliated in any way with Defendant.

14

**FOURTH AFFIRMATIVE OR OTHER DEFENSE**

15        45.    Defendant alleges that Plaintiff lacks standing to assert or pursue the

16  claims alleged in his Complaint.

17

**FIFTH AFFIRMATIVE OR OTHER DEFENSE**

18        46.    Defendant alleges that making the modification(s) sought by Plaintiff

19  would fundamentally alter the nature of the facility or accommodation. 42 U.S.C. §

20  12182(b)(2)(A)(ii).

21

**SIXTH AFFIRMATIVE OR OTHER DEFENSE**

22        47.    Defendant alleges that the modification(s) sought by Plaintiff would be

23  technically infeasible.

24

**SEVENTH AFFIRMATIVE OR OTHER DEFENSE**

25        48.    Defendant alleges that the modification(s) sought by Plaintiff would pose

26  a significant risk to the health and safety of individuals with disabilities or others. 28

27  C.F.R. §36.304(d)(2).

28

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

ANSWER OF AUTOZONE, INC.                    6.                    Case No. 2:18-cv-02405-GW-AFM

**EIGHTH AFFIRMATIVE OR OTHER DEFENSE**

49.     Defendant alleges that removal of the barrier(s) alleged in Plaintiff's Complaint is not readily achievable. 42 U.S.C. § 12182(b)(2)(A)(iv).

**NINTH AFFIRMATIVE OR OTHER DEFENSE**

50.     Defendant alleges it utilized alternative methods to accommodate and make its facility accessible to individuals with disabilities. 42 U.S.C. § 12182(b)(2)(A)(iv).

**TENTH AFFIRMATIVE OR OTHER DEFENSE**

51.     Defendant alleges that the requested modifications would impose an undue burden or hardship on Defendant. 28 C.F.R. §36.303(a).

**ELEVENTH AFFIRMATIVE OR OTHER DEFENSE**

52.     All barriers were removed prior to both Plaintiff's visit to the Property identified in the Complaint and the filing of his Complaint. Plaintiff's action and each claim alleged therein are barred because they are moot.

**TWELFTH AFFIRMATIVE OR OTHER DEFENSE**

53.     Plaintiff's Complaint and each and every purported cause of action alleged therein are barred by the doctrine of "unclean hands."

**THIRTEENTH AFFIRMATIVE OR OTHER DEFENSE**

54.     If Plaintiff suffered any harm/damages (which is expressly denied), said harm/damages was proximately caused by his own acts.

**FOURTEENTH AFFIRMATIVE OR OTHER DEFENSE**

55.     Plaintiff's Complaint and each and every purported cause of action alleged therein are barred by the doctrine of estoppel.

**FIFTEENTH AFFIRMATIVE OR OTHER DEFENSE**

56.     Plaintiff's Complaint and each and every purported cause of action alleged therein are barred by the doctrine of waiver.

**SIXTEENTH AFFIRMATIVE OR OTHER DEFENSE**

57.     Plaintiff's Complaint and each and every purported cause of action

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4828
415.433.1414

ANSWER OF AUTOZONE, INC.                    7.                    Case No. 2:18-cv-02405-GW-AFM

1   alleged therein are barred by the doctrine of laches.

2   **SEVENTEENTH AFFIRMATIVE OR OTHER DEFENSE**

3   58.   Defendant acted reasonably, lawfully, and in good faith at all times

4   material herein based on all relevant facts and known circumstances.

5   **EIGHTEENTH AFFIRMATIVE OR OTHER DEFENSE**

6   59.   Defendant alleges that Plaintiff suffered no damages as a result of any

7   conduct alleged in the Complaint.

8   **NINETEENTH AFFIRMATIVE OR OTHER DEFENSE**

9   60.   Defendant alleges that Plaintiff failed to provide notice to Defendant and

10  an opportunity to cure or remedy the alleged violations prior to filing his Complaint.

11  Plaintiff should not be entitled to recover damages, penalties, attorney's fees or costs

12  because he did not provide such notice and opportunity to cure conditions prior to

13  filing his Complaint.

14  **TWENTIETH AFFIRMATIVE OR OTHER DEFENSE**

15  61.   The Complaint, and each purported claim alleged therein, fails to state a

16  claim for attorneys' fees against Defendant.

17  **TWENTY-FIRST AFFIRMATIVE OR OTHER DEFENSE**

18  62.   Plaintiff acquiesced to the alleged "barriers" because he did not take

19  advantage of alternative means of accessibility and did not investigate whether such

20  alternative means were available.

21  **TWENTY-SECOND AFFIRMATIVE OR OTHER DEFENSE**

22  63.   Defendant is not required to alter the fundamental nature of its business.

23  28 C.F.R. §36.302(a).

24  **TWENTY-THIRD AFFIRMATIVE OR OTHER DEFENSE**

25  64.   Defendant is not required to make architectural modifications that are

26  structurally impractical. 42 U.S.C. §12183(a)(1); 28 C.F.R. §36.401(c); ADAAG

27  4.1.1(5)(a).

28

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

ANSWER OF AUTOZONE, INC.                    8.                    Case No. 2:18-cv-02405-GW-AFM

1  **TWENTY-FOURTH AFFIRMATIVE OR OTHER DEFENSE**

2  65.    Plaintiff failed to request reasonable accommodation or modifications to

3  the structure or facilities.

4  **TWENTY-FIFTH AFFIRMATIVE OR OTHER DEFENSE**

5  66.    Plaintiff's complaint is vague, ambiguous, and uncertain in that Plaintiff

6  has pled no facts to show how any alleged barriers denied him access or deterred his

7  access. He merely makes the conclusory statement that there were "barriers" to

8  accessibility without offering how any specific barrier denied or deterred him access

9  based on his specific disability. *Chapman v. Pier 1 Imports (US) Inc.*, 631 F.3d 939

10 (9th Cir. 2011).

11 **TWENTY-SIXTH AFFIRMATIVE OR OTHER DEFENSE**

12 67.    Plaintiff's complaint fails to state a claim upon which injunctive relief

13 can be granted against Defendant.

14 **TWENTY-SEVENTH AFFIRMATIVE OR OTHER DEFENSE**

15 68.    Plaintiff lacks standing to assert claims for any relief as to any disability

16 access violation not actually encountered by him because he cannot show injury in

17 fact as to such alleged violations.

18 **TWENTY-EIGHTH AFFIRMATIVE OR OTHER DEFENSE**

19 69.    Plaintiff's complaint and each purported claim for relief alleged therein

20 are barred, in whole or in part, by the applicable statutes of limitations.

21 **TWENTY-NINTH AFFIRMATIVE OR OTHER DEFENSE**

22 70.    Plaintiff's complaint and each purported claim for relief therein are

23 barred because Defendant fully performed all contractual, statutory and other duties

24 owed to Plaintiff under applicable law.

25 **THIRTIETH AFFIRMATIVE OR OTHER DEFENSE**

26 71.    Plaintiff's complaint and each purported claim for relief alleged therein

27 are barred because, to the extent that Plaintiff alleges that Defendant has obligations

28 under state or federal law to remove barriers at the subject property, the obligations

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

ANSWER OF AUTOZONE, INC.                    9.                    Case No. 2:18-cv-02405-GW-AFM

1    sought exceed the scope of the legislated authority.

2    **THIRTY-FIRST AFFIRMATIVE OR OTHER DEFENSE**

3    72.    Plaintiff's complaint and each purported claim for relief alleged therein

4 are barred because local building authorities issued appropriate permits and

5 Certificates of Occupancy for the subject property, and Defendant had a right to rely

6 on the issuance of the permits as establishing compliance with all applicable laws,

7 regulations, orders and approvals.

8    **THIRTY-SECOND AFFIRMATIVE OR OTHER DEFENSE**

9    73.    Plaintiff is barred from obtaining relief under California Civil Code

10 Sections 51 *et seq.* because nothing therein may be construed to require any

11 construction, alteration, repair, structural or otherwise, or modification of any sort

12 whatsoever, to any existing establishment, facility, building, improvement or any

13 other structure.

14    **THIRTY-THIRD AFFIRMATIVE OR OTHER DEFENSE**

15    74.    Plaintiff is barred from obtaining relief for discrimination under

16 California Code Sections 51 *et seq.* because Defendant's conduct is applicable alike to

17 all persons.

18    **THIRTY-FOURTH AFFIRMATIVE OR OTHER DEFENSE**

19    75.    Plaintiff's complaint and each purported claim for relief are barred

20 because Plaintiff has the same access to the subject facility as non-disabled persons.

21    **THIRTY-FIFTH AFFIRMATIVE OR OTHER DEFENSE**

22    76.    Plaintiff is not entitled to any injunctive or equitable relief because he has

23 adequate legal remedies.

24    **THIRTY-SIXTH AFFIRMATIVE OR OTHER DEFENSE**

25    77.    Plaintiff is not entitled to any injunctive or equitable relief because he has

26 not and will not suffer irreparable harm or injury.

27    **THIRTY-SEVENTH AFFIRMATIVE OR OTHER DEFENSE**

28    78.    Plaintiff's complaint and each purported claim for relief are barred to the

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

ANSWER OF AUTOZONE, INC.          10.          Case No. 2:18-cv-02405-GW-AFM

extent Defendant did not and does not own, operate, lease, maintain or have any responsibility for portions of the subject property that allegedly fail to comply with applicable law.

### THIRTY-EIGHTH AFFIRMATIVE OR OTHER DEFENSE

79. The entire Complaint and each and every cause of action alleged therein is barred against Defendant by California Government Code 4450. The subject property meets the structural access requirements outlined by the California State Architect.

### THIRTY-NINTH AFFIRMATIVE OR OTHER DEFENSE

80. AutoZone alleges that, if it prevails in this action, Defendant shall be entitled to recover its reasonable attorney's fees for the defense of this matter under the provisions of the ADA and California Civil Code §§ 51, 52, 54 and 55.

### FORTIETH AFFIRMATIVE OR OTHER DEFENSE

81. The entire Complaint and each and every cause of action alleged therein, is barred, in whole or in part, against Defendant because of Plaintiff's failure to name indispensable parties pursuant to FRCP Rule 19.

### FORTY-FIRST AFFIRMATIVE OR OTHER DEFENSE

82. The entire Complaint and each and every cause of action alleged therein, is barred, in whole or in part, against Defendant because any allegedly wrongful acts or omissions performed by Defendant or its agents, if there were any, do not subject Defendant to liability because Defendant accommodated Plaintiff's alleged disability by providing services via alternative methods other than the removal of alleged architectural barriers.

### FORTY-SECOND AFFIRMATIVE OR OTHER DEFENSE

83. Plaintiff's state-law claims substantially predominate over Plaintiff's ADA claim. The court lacks, or should decline to exercise supplemental jurisdiction over Plaintiff's state-law claims. 28 U.S.C. section 1367(c).

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

ANSWER OF AUTOZONE, INC.                    11.                    Case No. 2:18-cv-02405-GW-AFM

**FORTY-THIRD AFFIRMATIVE OR OTHER DEFENSE**

84.     Defendant reserves the right to amend or add additional affirmative or other defenses that may later become known.

WHEREFORE, Defendant AutoZone, Inc. prays for judgment as follows:

1.     That Plaintiff takes nothing by way of his Complaint;

2.     That the Complaint be dismissed in its entirety with prejudice;

3.     That Plaintiff is denied each and every demand and prayer for relief in the action;

4.     For costs of suit incurred herein, including reasonable attorney's fees pursuant to applicable law; and

5.     For such other and further relief as the Court deems just and proper.

Dated: May 29, 2018

/s/ Michael Hoffman
MICHAEL HOFFMAN
ALEX W. CRAIGIE
ARENA HOFFMAN LLP
Attorneys for Defendant
AUTOZONE, INC., sued herein as
AUTOZONE #5439, and
WAHOOVER LLC

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104.4828
415.433.1414

ANSWER OF AUTOZONE, INC.                    12.                    Case No. 2:18-cv-02405-GW-AFM