Name and address:
ZENA M. KALIOUNDJI, ESQ./SBN: 273306
E-Mail: zkalioundji@tharpe-howell.com
15250 Ventura Bl., 9th Floor
Sherman Oaks, CA 91403
Tel: (818) 205-9955
Fax: (818) 205-9944

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARMEN JOHN PERRI, | CASE NUMBER: |
|---|---|
| v.     PLAINTIFF(S) | 2:18-cv-02405-GW-AFM |
| AUTOZONE #5439, et al. | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |
| DEFENDANT(S) | |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Zena M. Kalioundji, Esq.    CA Bar Number: 273306

Firm or agency: THARPE & HOWELL, LLP

Address: 15250 Ventura Bl., 9th Floor, Sherman Oaks, CA 91403

Telephone Number: (818) 205-9955    Fax Number: (818) 205-9944

E-mail: zkalioundji@tharpe-howell.com

Counsel of record for the following party or parties: Defendant, WAHOOVER, LLC

Other members of the same firm or agency also seeking to withdraw:

SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Alex Craigie, Esq.      CA Bar Number: 167766

Firm or agency: ARENA HOFFMAN LLP

Address: 44 Montgomery Street, Suite 3520, San Francisco, CA 94104

Telephone Number: 415.433.1414      Fax Number: 415.520.0446

E-mail: acraigie@arenahoffman.com

SECTION III - SIGNATURES

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: June 20, 2018      Signature: /s/

Name: ZENA M. KALIOUNDJI, ESQ.

*New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: June , 2018      Signature: _____

Name: ALEX CRAIGIE, ESQ.

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: June 26, 2018      Signature: /s/

Name: FRED LEEDS

Title: MANAGER

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Alex Craigie, Esq.   CA Bar Number: 167766

Firm or agency: ARENA HOFFMAN LLP

Address: 44 Montgomery Street, Suite 3520, San Francisco, CA 94104

Telephone Number: 415.433.1414   Fax Number: 415.520.0446

E-mail: acraigie@arenahoffman.com

## SECTION III - SIGNATURES

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: June 20, 2018   Signature: *[signature]*

Name: ZENA M. KALIOUNDJI, ESQ.

*New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: June 15, 2018   Signature: *[signature]*

Name: ALEX CRAIGIE, ESQ.

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: June  , 2018   Signature: _____

Name: FRED LEEDS

Title: MANAGER

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Joseph R. Manning, Jr., Esq.<br>Michael J. Manning, Esq.<br>Craig G. Cote, Esq.<br>MANNING LAW APC<br>4667 MacArthur Blvd., Suite 150<br>Newport Beach, CA 92660<br>Tel: 949-200-8755<br>Email:<br>adapracticegroup@manninglawoffice.com | Attorneys for Plaintiff,<br>CARMEN JOHN PERRI |
| Michael Hoffman, Esq.<br>Alex W. Craigie, Esq.<br>ARENA HOFFMAN LLP<br>44 Montgomery Street, Suite 3520<br>San Francisco, CA 94104-4828<br>Tel: (415) 433-1414<br>Fax: (415) 520-0446<br>E-mail:<br>mhoffman@arenahoffman.com;<br>acraigie@arenahoffman.com | Attorneys for Defendant<br>AUTOZONE, INC. sued herein<br>as AUTOZONE #5439 and<br>WAHOOVER LLC |

5. a. \_\_\_ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

b. **X** **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

- 2 -

REQUEST FOR APPROVAL OF SUBSTITUTION OR
WITHDRAWAL OF COUNSEL

Case No. 2:18-cv-02405-GW-AFM

(1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

(2) **X** placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ___ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ___ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

f. ___ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date)*: SEE BELOW

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 06/27/18 | Marie Davis | /s/ Marie Davis |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\29000-000\29618\Pleadings\CAP POS_.docx

- 3 -
REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL
Case No. 2:18-cv-02405-GW-AFM

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221