JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>AUTOZONE #5439, a business of unknown form; WAHOOVER LLC a California limited liability company; and DOES 1-10, inclusive,<br><br>            Defendant. | Case No.: CV 18-2405-GW(AFMx)<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

[PROPOSED] ORDER DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

1

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff CARMEN JOHN PERRI ("Plaintiff") and AUTOZONE, INC., erroneously sued as "AUTOZONE #5439 and WAHOOVER LLC, a California limited liability company ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 22, 2018

_____
GEORGE H. WU, U.S. DISTRICT JUDGE